```
1  GARY E. MOSS, ESQ. State Bar No. 43002
   MARY PATRICIA HOUGH, ESQ. State Bar No. 104542
2  LAW OFFICES OF MOSS & HOUGH
   601 Van Ness Avenue, Suite 2030
3  San Francisco, CA 94102

4  Telephone: (415) 399-1110
   Facsimile: (415) 399-1552
5
   Attorneys for Defendants
6  DAOVONE XAYAVONG and DARA THAI LAO CUISINE

7

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11

12 LALITA KAEWSAWANG and          )   CASE NO.  C06-06838
   LEELAWAN KAEWSAWANG,           )
13                                )   STIPULATION EXTENDING TIME FOR
              Plaintiffs,         )   DEFENDANTS' RESPONSE TO
14                                )   PLAINTIFFS' COMPLAINT FOR DAMAGES
   v.                             )
15                                )
   DAOVONE XAYAVONG and           )
16 DARA THAI LAO CUISINE,         )
                                  )
17            Defendants.         )
                                  )
18
```

E-Filing

19
20    This Stipulation is hereby entered into between Plaintiffs LALITA
21 KAEWSAWANG and LEELAWAN KAEWSAWANG, and Defendants DAOVONE
22 XAYAVONG and DARA THAI LAO CUISINE. The purpose of this Stipulation is to
23 provide Defendants additional time to respond to Plaintiffs' complaint pursuant to
24 United States District Court for the Northern District of California Local Rule 6-1(a)
25 ("Rule 6-1(a)"), which states:

26    Parties may stipulate in writing, without a Court order, to extend the
      time within which to answer or otherwise respond to the complaint, or
27    to enlarge or shorten the time in matters not required to be filed or
      lodged with the Court, provided the change will not alter the date of
28    any event or any deadline already fixed by Court order. Such
      stipulations shall be promptly filed pursuant to Civil L.R. 5. Rule 6-1(a).

Stipulation for Extension of Time for
Defendants' Response                        1

It is hereby stipulated under Rule 6-1(a) that Defendants' answer or response shall be due on December 6, 2006.

Date: November 27, 2006

MOSS & HOUGH

_____
Gary E. Moss, Esq.
Attorneys for Defendants
DAOVONE XAYAVONG and
DARA THAI LAO CUISINE

Date: November 27, 2006

COBLENTZ, PATCH, DUFFY & BASS, LLP

_____
Katherine C. Zarate, Esq.
Attorneys for Plaintiffs
LALITA KAEWSAWANG and
LEELAWAN KAESAWANG

11/29/06

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

Stipulation for Extension of Time for
Defendants' Response                        2

**PROOF OF SERVICE**

The undersigned hereby declares:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Coblentz, Patch, Duffy & Bass LLP and my business address is One Ferry Building, Suite 200, San Francisco, CA 94111. On the date stated below, I served a true copy of:

**STIPULATION EXTENDING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT FOR DAMAGES**

(■)   By mail, by placing said document(s) in an envelope addressed as shown below. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date stated below to the addressee stated below, following ordinary business practices.

Gary E. Moss, Esq.
Mary Patricia Hough, Esq.
Law Offices of Moss & Hough
601 Van Ness Avenue, Suite 2030
San Francisco, CA 94102

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on November 27, 2006.

_____
Pheme Geyer

Proof of Service

12624.001.516866v1