WILLIAM H. ORRICK, III (State Bar # 113252)
KATHERINE C. ZARATE (State Bar # 214922)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
ef-who@cpdb.com, ef-kcz@cpdb.com

Attorneys for Plaintiffs
LALITA KAEWSAWANG and
LEELAWAN KAEWSAWANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LALITA KAEWSAWANG and LEELAWAN KAEWSAWANG,

Plaintiffs,

vs.

DAOVONE XAYAVONG and DARA THAI LAO CUISINE,

Defendants.

Case No. C06-06838 MHP ADR

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MARCH 26, 2007**

**STIPULATION**

Plaintiffs Lalita Kaewsawang and Leelawan Kaewsawang (collectively, "Plaintiffs") and Defendants Daovone Xayavong and Dara Thai Lao Cuisine (collectively, "Defendants") hereby STIPULATE AS FOLLOWS:

1. WHEREAS, by Order Setting Initial Case Management Conference and ADR Deadlines entered on November 3, 2007, the Court originally set the Initial Case Management Conference in this case for March 19, 2007 at 4:00 p.m.

2. Lead counsel for Plaintiffs will be out of town on March 19, 2007 and will not be available for an Initial Case Management Conference on that date.

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663

3. Based on the parties' availability and the Court's availability (as understood by Plaintiffs' counsel from the Relief Clerk for Judge Patel), the next date available for the parties and the Court for an Initial Case Management Conference in this case is March 26, 2006 at 4:00 p.m.

4. WHEREFORE, the parties stipulate that the Initial Case Management Conference in this case shall be continued from March 19, 2007 at 4:00 p.m. until March 26, 2006 at 4:00 p.m. and that they shall file ADR Documents by March 5, 2007 and the Joint Case Management Conference Statement and Rule 26(f) Report no later than March 19, 2007.

IT IS SO STIPULATED.

Dated: December 13, 2006

**COBLENTZ, PATCH, DUFFY & BASS, LLP**

//s//

KATHERINE C. ZARATE
Attorneys for Plaintiffs
LALITA KAEWSAWANG and
LEELAWAN KAEWSAWANG

Dated: December 13, 2006

**MOSS & HOUGH**

//s//

GARY E. MOSS
Attorneys for Defendants
DAOVONE XAYAVONG and
DARA THAI LAO CUISINE

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663

**ORDER**

Based on the foregoing Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Initial Case Management Conference in this case shall be continued from March 19, 2007 at 4:00 p.m. until March 26, 2006 at 4:00 p.m. at 450 Golden Gate Avenue, San Francisco, California, Courtroom 15, 18th Floor. The parties shall file ADR Documents by March 5, 2007 and a Joint Case Management Conference Statement and Rule 26(f) Report no later than March 19, 2007.

Dated: December 19, 2006

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel
NORTHERN DISTRICT OF CALIFORNIA

HON. MAR[...]
UNITED [...]GE

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663