WILLIAM H. ORRICK, III (State Bar # 113252)
KATHERINE C. ZARATE (State Bar # 214922)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:    (415) 391-4800
Facsimile:    (415) 989-1663
ef-who@cpdb.com, ef-kcz@cpdb.com

Attorneys for Plaintiffs
LALITA KAEWSAWANG and
LEELAWAN KAEWSAWANG

GARY MOSS (State Bar #43002)
LAW OFFICES OF MOSS & HOUGH
601 Van Ness Avenue, Suite 2030
San Francisco, CA  94102
Telephone:    (415) 399-1110
Facsimile:    (415) 399.1552
mosshough@mhlegal.net.

Attorneys for Defendants
DAOVONE XAYAVONG and DARA THAI LAO
CUISINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LALITA KAEWSAWANG and LEELAWAN KAEWSAWANG,<br><br>Plaintiffs,<br><br>vs.<br><br>DAOVONE XAYAVONG and DARA THAI LAO CUISINE,<br><br>Defendants. | Case No. C06-06838 MHP ADR<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER** |

## STIPULATION

Plaintiffs Lalita Kaewsawang and Leelawan Kaewsawang (collectively, "Plaintiffs") and Defendants Daovone Xayavong and Dara Thai Lao Cuisine (collectively, "Defendants"), through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice

1  according to the terms of the Settlement Agreement attached as Exhibit A to the [Proposed] Order,
2  which is incorporated by reference in that Order and is made fully a part of that Order.
3
4       IT IS SO STIPULATED.
5
6  Dated:  September 25, 2007      **COBLENTZ, PATCH, DUFFY & BASS, LLP**
7
8  /s/ Katherine C. Zarate
   KATHERINE C. ZARATE
9   Attorneys for Plaintiffs
  LALITA KAEWSAWANG and
10 LEELAWAN KAEWSAWANG
11
12 Dated:  September 25, 2007      **MOSS & HOUGH**
13
14 /s/ Gary E. Moss
  GARY E. MOSS
15 Attorneys for Defendants
  DAOVONE XAYAVONG and
16 DARA THAI LAO CUISINE
17
18
19
20
21
22
23
24
25
26
27
28

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663

12624.001.665708v1     2     Case No. C-06-3929 MMC
STIPULATED DISMISSAL AND [PROPOSED] ORDER

**ORDER**

The Court has reviewed the Stipulation set forth above and the terms and conditions of the Settlement Agreement attached to this Order as Exhibit A and incorporated in this Order as if fully set forth in it. Accordingly,

**IT IS HEREBY ORDERED** that:

1. This matter is dismissed with prejudice;

2. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement attached to this Order as Exhibit A and incorporated in and made fully part of this Order;

3. Notwithstanding the dismissal with prejudice, the Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the attached Settlement Agreement, which is a part of this Order; and

4. Each party is to bear its own costs, as provided for in this Settlement Agreement.

Dated: __10/1__, 2007



HON. MARILYN PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

# EXHIBIT A

# SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS

This SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS ("Agreement") is made by and between plaintiffs Lalita Kaewsawang and Leelawan Kaewsawang ("Plaintiffs"), defendant Daovone Xayavong ("Defendant"), and Defendant's insurer, Truck Insurance Exchange, with reference to the following facts:

WHEREAS, certain disputes have arisen between Plaintiffs, on the one hand, and Defendants, on the other hand, concerning the parties' respective rights and liabilities arising out of Defendants' custody and care of Plaintiffs ("the Dispute");

WHEREAS, Plaintiffs claim that Defendant forced them to work in Defendant's restaurant for more than 40 hours per week by threatening them with serious harm and deportation; inflicting upon them various physical injuries; subjecting them to constant emotional and mental abuse and psychological coercion; forcing them to live in substandard housing; and restraining their freedom to move outside of the restaurant. Plaintiffs initiated an action against Defendant entitled *Lalita Kaewsawang and Leelawan Kaewsawang v. Daovone Xayavong and Dara Thai Lao Restaurant*, United States District Court, Northern District, Case No. C06-06838 MHP ADR (hereinafter referred to as the "Action"), asserting causes of action for unlawful human trafficking, violations of wage and hour laws, false imprisonment, intentional infliction of emotional distress, negligent infliction of emotional distress, assault and battery, fraud, negligent misrepresentation and conversion; and seeking, *inter alia*, damages for pain and suffering, general damages, treble damages, punitive damages, attorneys' fees and costs of suit;

WHEREAS, Defendant denies Plaintiffs' allegations and her responsibility for their damages;

WHEREAS, Plaintiffs and Defendant desire to compromise and settle the Dispute and the Action;

WHEREAS, Defendant's insurer, Truck Insurance Exchange, has agreed to fund Defendant's monetary obligations under this Agreement;

NOW, THEREFORE, based upon the foregoing and in consideration of the mutual promises contained herein, the parties hereby agree as follows:

1. Settlement Payment. In consideration for Plaintiffs' release of all claims against Defendant described in paragraph 6 below and their agreement to dismiss the entire action with prejudice, Defendant and/or Defendant's insurer shall pay each plaintiff thirty-one thousand two hundred fifty dollars ($31,250.00) for a total amount of sixty-two thousand, five hundred dollars ($62,500.00) (hereinafter referred to as "the Settlement Payment"). This Settlement Payment shall be deemed compensation for personal injuries suffered by Plaintiffs and (not wages). Defendant and/or Defendant's insurer shall pay the Settlement Payment in four annual installments by sending checks separately made payable to Lalita Kaewsawang and Leelawan Kaewsawang each in the amount of seven thousand eight hundred twelve dollars and fifty cents ($7,812.50) on or before the following installment dates: August 31, 2007, August 31, 2008,

August 31, 2009 and August 31, 2010 to Plaintiffs' attorneys located at One Ferry Building, Suite 200, San Francisco, California 94111 (to the attention of William H. Orrick or Katherine C. Zarate) or a different address that Plaintiffs may later designate in writing pursuant to the notice provision at paragragh 13.

    2.    <u>Assignment of Claims</u>. In further consideration for Plaintiffs' release of their claims against Defendant described in paragraph 6 and their agreement to dismiss the Action with prejudice, Defendant shall assign any and all claims she has against Plaintiffs' father (Somchai Kaewsawang) to Plaintiffs, including without limitation Defendant's claim for $40,000, which she alleges that Somchai Kaewsawang owes her.

    3.    <u>Written Apology</u>. In further consideration for Plaintiffs' release of their claims against Defendant described in paragraph 6 and their agreement to dismiss the Action with prejudice, Defendant has made a written apology, a copy of which is attached hereto as Exhibit A.

    4.    <u>Funding of the Settlement Payment by Defendant's Insurer/Waivers Between Defendant and Defendant's Insurers</u>. Defendant's insurer, Truck Insurance Exchange, will fund the Settlement Payment required in paragraph 1 on behalf of Defendant. Defendant and Truck Insurance Exchange, including its affiliated insurers, which include but is not limited to Fire Insurance Exchange, waive and compromise all disputes over insurance coverage, including the duty to defend and indemnify and all non-contractual or extra-contractual (i.e., breach of the implied covenant of good faith and fair dealing, etc.), existing or potential claims between them. Defendant and said insurers also mutually waive all claims for attorneys' fees and costs pertaining to the Action and all related matters.

    5.    <u>Notice of Settlement and Stipulated Dismissal</u>. Upon receipt of the first installment of the Settlement Payment, Plaintiffs' attorneys shall file and provide Defendant's attorneys with a copy of a completed Notice of Settlement. Plaintiffs and Defendant shall sign the form of Stipulated Dismissal of Entire Action With Prejudice attached hereto as Exhibit B and deliver it to Plaintiffs' counsel who shall then file the Stipulated Dismissal.

    6.    <u>General Releases</u>.

        a.    With the exception of Plaintiffs' permanent restraining order against Defendant, which was issued by the Alameda Superior Court on August 19, 2005, Case Number RF05224814, and which shall remain in full force and effect, Plaintiffs hereby release and discharge Defendant and her respective agents, attorneys, managers, employees, officers, investors, partners, insurers, and each of them (hereinafter "the Released Parties"), of and from any and all claims, demands, damages, debts, liabilities, actions, and causes of action of every kind and nature whatsoever, whether administrative, civil, or criminal, whether known or unknown, whether arising from statute, regulation, or the common law, which Plaintiffs had or now have against any of the Released Parties relating in any way to the Dispute, to any and all of the contentions made in the course of the Action, to the general subject matter of the Action, and to any claims that could have been asserted by Plaintiffs against Defendant in the Action. Plaintiffs do not release any of the claims that are assigned to Plaintiffs by Defendant pursuant to paragragh 2 of this Agreement.

b.   Defendant and Defendant's insurer, Truck Insurance Exchange, hereby release and discharge Plaintiffs of and from any and all claims, demands, damages, debts, liabilities, actions, and causes of action of every kind and nature whatsoever, whether administrative, civil, or criminal, whether known or unknown, whether arising from statute, regulation, or the common law, which Defendant and/or Truck Insurance Exchange had or now have against Plaintiffs relating in any way to the Dispute, to any and all of the contentions made in the course of the Action, to the general subject matter of the Action, and to any claims that could have been asserted by Defendant and/or Truck Insurance Exchange against Plaintiffs in the Action.

c.   Plaintiffs, Defendant and Truck Insurance Exchange acknowledge that they are aware of the provisions of Section 1542 of the Civil Code of the State of California, that their attorneys have fully explained the effect of their waiver of the rights and benefits of Section 1542 of the Civil Code, and that they understand said provisions and expressly waive and relinquish all rights and benefits they have or may have under that section, which reads as follows:

> **A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

d.   Plaintiffs, Defendant and Truck Insurance Exchange acknowledge that they may hereafter discover facts different from or in addition to those they now know or believe to be true in respect to the claims, demands, damages, debts, liabilities, actions, or causes of action herein released, and hereby agree that this release shall be and remain in effect in all respects as a complete, general release as to the matters released, notwithstanding any such different or additional facts.

e.   Plaintiffs, Defendant and Truck Insurance Exchange represent and warrant that, except the claims assigned under paragraph 2 of this Agreement, no claims released hereunder have been conveyed, assigned or otherwise transferred to any other third party.

7.   <u>Fees and Costs</u>.  Each party hereto agrees that they shall be responsible for the payment of their own costs and attorneys' fees incurred in connection with the Dispute and the Action.  Should any action or proceeding be commenced arising from or relating to this Agreement, the prevailing party therein shall be entitled to reasonable attorney's fees and costs, including the cost of expert witnesses and consultants.

8.   <u>Legal Representation</u>.  The parties to this Agreement expressly declare and represent that they have read this Agreement, that they have each been represented by counsel of their own choosing at all pertinent times, and that they have consulted with their respective counsel regarding the meaning of the terms and provisions contained herein.  The parties further expressly declare and represent that they approve and accept the terms and conditions contained herein, and that this Agreement is executed freely, voluntarily, and with approval of counsel.

9. <u>Successor and Assigns</u>. This Agreement shall be binding upon and inure to the benefit of the respective parties to this Agreement, their respective officers, directors, legal successors, heirs, administrators, assigns, and shareholders, and each of them.

10. <u>California Law</u>. This Agreement shall be construed under and shall be deemed governed by the laws of the State of California.

11. <u>Enforcement of Settlement</u>. The parties hereto agree that the United States District Court of the Northern District shall retain jurisdiction over the parties to enforce the Agreement until performance in full the settlement terms.

12. <u>Disputes Arising Under The Agreement</u>. The parties to this Agreement agree that Elaine Leitner shall retain jurisdiction to mediate any dispute arising under this Agreement.

13. <u>Notices</u>: Any notices pursuant to this Agreement shall be sent to the parties to the addresses listed below or at a different address that any party may later designate in writing.

| | |
|---|---|
| Plaintiffs: | Coblentz, Patch, Duffy & Bass LLP<br>One Ferry Building, Suite 200<br>San Francisco, California, 94111<br>Phone: (415) 391-4800<br>Fax: (415) 989-1663<br>Attention: Katherine C. Zarate |
| Defendant: | Law Offices of Moss & Hough<br>601 Van Ness Avenue, Suite 2030<br>San Francisco, California, 94102<br>Phone: (415) 399-1110<br>Fax: (415) 399-1552<br>Attention: Gary Moss |
| Truck Insurance Exchange: | Gordon & Rees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Phone: (415) 986-5900<br>Fax: (415) 986-8054<br>Attention: Arthur Schwartz |

14. <u>Entire Agreement</u>. This Agreement sets forth the entire understanding of the parties in connection with the subject matter hereof. None of the parties hereto has made any statement, representation, or warranty in connection herewith, except as expressly set forth herein, which has been relied upon by the other party hereto or which acted as an inducement for the other parties to enter in this Agreement.

15. <u>Counterparts</u>. This Agreement may be executed in identical counterparts, each of which shall constitute an original and all of which shall constitute one and the same agreement.

Facsimiles and pdfs of signature pages of the Agreement shall have the same binding effect as originals.

16. <u>Captions</u>. The captions herein have inserted for identification and reference purposes only and shall not be used in the construction or interpretation of this Agreement.

DATED: August 31, 2007        _/s/ Lalita Kaewsawang_
                              LALITA KAEWSAWANG

DATED: August__, 2007

                              _____
                              LEELAWAN KAEWSAWANG

DATED: August__, 2007

                              _____
                              DAOVONE XAYAVONG

DATED: August__, 2007         TRUCK INSURANCE EXCHANGE

                              By: _____

                              Its: _____

Facsimiles and pdfs of signature pages of the Agreement shall have the same binding effect as originals.

16. <u>Captions</u>. The captions herein have inserted for identification and reference purposes only and shall not be used in the construction or interpretation of this Agreement.

DATED: August__, 2007

_____
LALITA KAEWSAWANG

DATED: August 31, 2007

*Leelawan Kaewsawang*
LEELAWAN KAEWSAWANG

DATED: August__, 2007

_____
DAOVONE XAYAVONG

DATED: August__, 2007     TRUCK INSURANCE EXCHANGE

By: _____

Its: _____

09/14/2007  11:16    4153991552                    MOSS&HOUGH                              PAGE  06/0*0

Facsimiles and pdfs of signature pages of the Agreement shall have the same binding effect as originals.

16. Captions. The captions herein have inserted for identification and reference purposes only and shall not be used in the construction or interpretation of this Agreement.

DATED: August___, 2007

_____
LALITA KAEWSAWANG

DATED: August___, 2007

_____
LEELAWAN KAEWSAWANG

DATED: August___, 2007

9-8-07

_____
DAOVONE XAYAVONG

DATED: August___, 2007        TRUCK INSURANCE EXCHANGE

By: _____

Its: _____

Facsimiles and pdfs of signature pages of the Agreement shall have the same binding effect as originals.

16.  Captions.  The captions herein have inserted for identification and reference purposes only and shall not be used in the construction or interpretation of this Agreement.

DATED: August___, 2007

_____
LALITA KAEWSAWANG

DATED: August___, 2007

_____
LEELAWAN KAEWSAWANG

DATED: August___, 2007

_____
DAOVONE XAYAVONG

DATED: August _X_ 2007          TRUCK INSURANCE EXCHANGE

By: _Lisa Ross_____

Its: _Commercial Claims Adjuster for_
     _Truck Insurance Exchange_

12624.001.652117v2          Page 5 of 6

**APPROVED AS TO FORM**

DATED: August 3/, 2007           COBLENTZ, PATCH, DUFFY & BASS, LLP

                                 By: /s/ Katherine C. Zarate
                                     Katherine C. Zarate, Esq.
                                     Attorneys for Plaintiffs
                                     LALITA KAEWSAWANG and LEELAWAN
                                     KAEWSAWANG

DATED: August __, 2007           LAW OFFICES OF MOSS & HOUGH

                                 By: _____
                                     Gary Moss, Esq.
                                     Attorneys for Defendant
                                     DAOVONE XAYAVONG

DATED: August __, 2007           GORDON & REES, LLP

                                 By: _____
                                     Arthur Schwartz
                                     Attorneys for TRUCK INSURANCE
                                     EXCHANGE

**APPROVED AS TO FORM**

DATED: August __, 2007         COBLENTZ, PATCH, DUFFY & BASS, LLP

                               By: _____
                               Katherine C. Zarate, Esq.
                               Attorneys for Plaintiffs
                               LALITA KAEWSAWANG and LEELAWAN
                               KAEWSAWANG

DATED: August __, 2007         LAW OFFICES OF MOSS & HOUGH

                               By: _____
                               Gary Moss, Esq.
                               Attorneys for Defendant
                               DAOVONE XAYAVONG

DATED: August __, 2007         GORDON & REES, LLP

                               By: _____
                               Arthur Schwartz
                               Attorneys for TRUCK INSURANCE
                               EXCHANGE

12624.001.652117v2              Page 6 of 6

**APPROVED AS TO FORM**

DATED: August 3/, 2007          COBLENTZ, PATCH, DUFFY & BASS, LLP

                                By: /s/ Katherine C. Zarate
                                Katherine C. Zarate, Esq.
                                Attorneys for Plaintiffs
                                LALITA KAEWSAWANG and LEELAWAN
                                KAEWSAWANG

DATED: August __, 2007          LAW OFFICES OF MOSS & HOUGH

                                By: _____
                                Gary Moss, Esq.
                                Attorneys for Defendant
                                DAOVONE XAYAVONG

DATED: ~~August~~ September 14, 2007   GORDON & REES LLP

                                By: /s/ Arthur Schwartz
                                Arthur Schwartz
                                Attorneys for TRUCK INSURANCE
                                EXCHANGE

I am sorry that the manner in which I cared for you during your stay where we lived caused you such pain and distress.

Signed By: _____
Davonne Xayavong

LK
LK

Exhibit A

<pre>
WILLIAM H. ORRICK, III (State Bar # 113252)
KATHERINE C. ZARATE (State Bar # 214922)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663
ef-who@cpdb.com, ef-kcz@cpdb.com

Attorneys for Plaintiffs
LALITA KAEWSAWANG and
LEELAWAN KAEWSAWANG

GARY MOSS (State Bar #43002)
LAW OFFICES OF MOSS & HOUGH
601 Van Ness Avenue, Suite 2030
San Francisco, CA  94102
Telephone:  (415) 399-1110
Facsimile:  (415) 399.1552
mosshough@mhlegal.net.

Attorneys for Defendants
DAOVONE XAYAVONG and DARA THAI LAO
CUISINE
</pre>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LALITA KAEWSAWANG and LEELAWAN KAEWSAWANG,<br><br>Plaintiffs,<br><br>vs.<br><br>DAOVONE XAYAVONG and DARA THAI LAO CUISINE,<br><br>Defendants. | Case No. C06-06838 MHP ADR<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER** |

### STIPULATION

Plaintiffs Lalita Kaewsawang and Leelawan Kaewsawang (collectively, "Plaintiffs") and Defendants Daovone Xayavong and Dara Thai Lao Cuisine (collectively, "Defendants"), through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice

according to the terms of the Settlement Agreement attached as Exhibit A to the [Proposed] Order, which is incorporated by reference in that Order and is made fully a part of that Order.

IT IS SO STIPULATED.

Dated: _____, 2007          **COBLENTZ, PATCH, DUFFY & BASS, LLP**


_____
KATHERINE C. ZARATE
Attorneys for Plaintiffs
LALITA KAEWSAWANG and
LEELAWAN KAEWSAWANG


Dated: _____, 2007          **MOSS & HOUGH**


_____
GARY E. MOSS
Attorneys for Defendants
DAOVONE XAYAVONG and
DARA THAI LAO CUISINE

## ORDER

The Court has reviewed the Stipulation set forth above and the terms and conditions of the Settlement Agreement attached to this Order as Exhibit A and incorporated in this Order as if fully set forth in it. Accordingly,

**IT IS HEREBY ORDERED** that:

1. This matter is dismissed with prejudice;

2. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement attached to this Order as Exhibit A and incorporated in and made fully part of this Order;

3. The Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the attached Settlement Agreement, which is a part of this Order; and

4. Each party is to bear its own costs, as provided for in this Settlement Agreement.

Dated: _____, 2007

_____
HON. MARILYN PATEL
UNITED STATES DISTRICT JUDGE